UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:10-cr-00121 |
| ) | |
| v. ) | Honorable Janet T. Neff |
| ) | |
| ANTONIO LEON-MOLINA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**REPORT AND RECOMMENDATION**

Defendant appeared before the undersigned on July 14, 2010, to enter a plea of guilty. In addition to the recommendation that the guilty plea be accepted (Dkt. 16), it is recommended that due to the circumstances of this case (illegal reentry with a maximum sentence of two years, 18 U.S.C. § 1326(a)), the court not require preparation of a pre-sentence report. Preparation of a pre-sentence report could result in Defendant remaining in custody for a period in excess of his guideline range.

It is further recommended that this R&R be adopted immediately, subject to change should any timely objections be filed.

Date: July 15, 2010              /s/ Ellen S. Carmody
                                 ELLEN S. CARMODY
                                 United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the filing of this Report and Recommendation.